# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Western District of Texas

Hernando Arce

    Plaintiff(s),

vs.

City of San Antonio, et al

    Defendant(s).

Attorney: Jonathan S. Gross

Law Office of Jonathan S. Gross
2833 Smith Ave., Suite 331
Baltimore MD 21208


*322655*

Case Number: 5:24-cv-00755-OLG

Legal documents received by Same Day Process Service, Inc. on **09/06/2024** at **10:53 AM** to be served upon **Officer Frank Constantino at Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207**

I, **Kieran Monahan**, swear and affirm that on **September 06, 2024** at **3:08 PM**, I did the following:

Served **Officer Frank Constantino** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet** by Certified Mailing to **Officer Frank Constantino** at Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207.

**Supplemental Data Appropriate to this Service:** On 09/06/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052700145684742 to the address of: 315 S. Santa Rosa, San Antonio, TX 78207. On 09/24/2024, the domestic return receipt was returned indicating the delivery was made on 09/11/2024.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

Kieran Monahan
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:322655



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Western District of Texas

Hernando Arce

    Plaintiff(s),

vs.

City of San Antonio, et al

    Defendant(s).

Attorney: Jonathan S. Gross

Law Office of Jonathan S. Gross
2833 Smith Ave., Suite 331
Baltimore MD 21208



*322654*

Case Number: 5:24-cv-00755-OLG

Legal documents received by Same Day Process Service, Inc. on **09/06/2024** at **10:51 AM** to be served upon **Officer Logan Price at Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207**

I, **Kieran Monahan**, swear and affirm that on **September 06, 2024 at 3:08 PM**, I did the following:

Served **Officer Logan Price** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet** by Certified Mailing to Officer Logan Price at Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207.

**Supplemental Data Appropriate to this Service:** On 09/06/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052700145684735 to the address of: 315 S. Santa Rosa, San Antonio, TX 78207. On 09/24/2024, the domestic return receipt was returned indicating the delivery was made on 09/11/2024.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Kieran Monahan
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:322654



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Western District of Texas

**Hernando Arce**

    Plaintiff(s),

vs.

**City of San Antonio, et al**

    Defendant(s).

Attorney: Jonathan S. Gross

Law Office of Jonathan S. Gross
2833 Smith Ave., Suite 331
Baltimore MD 21208



*322656*

Case Number: 5:24-cv-00755-OLG

Legal documents received by Same Day Process Service, Inc. on **09/06/2024** at **10:54 AM** to be served upon **Officer Aaron Mendoza** at **Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207**

I, **Kieran Monahan**, swear and affirm that on **September 06, 2024** at **3:08 PM**, I did the following:

Served **Officer Aaron Mendoza** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet** by **Certified Mailing** to **Officer Aaron Mendoza** at **Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207.**

**Supplemental Data Appropriate to this Service:** On 09/06/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052700145684759 to the address of: 315 S. Santa Rosa, San Antonio, TX 78207. On 09/24/2024, the domestic return receipt was returned indicating the delivery was made on 09/11/2024.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

Kieran Monahan
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:322656



# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Western District of Texas

**Hernando Arce**

    Plaintiff(s),

vs.

**City of San Antonio, et al**

    Defendant(s).

Attorney: Jonathan S. Gross

Law Office of Jonathan S. Gross
2833 Smith Ave., Suite 331
Baltimore MD 21208



*322657*

**Case Number: 5:24-cv-00755-OLG**

Legal documents received by Same Day Process Service, Inc. on **09/06/2024** at **10:55 AM** to be served upon **Officer Eric Perez at Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207**

I, **Kieran Monahan**, swear and affirm that on **September 06, 2024** at **3:08 PM**, I did the following:

Served **Officer Eric Perez** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet    by Certified Mailing to    Officer Eric Perez** at **Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207**.

**Supplemental Data Appropriate to this Service:** On 09/06/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052700145684766 to the address of: 315 S. Santa Rosa, San Antonio, TX 78207. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kieran Monahan**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:322657



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Western District of Texas

**Hernando Arce**

    Plaintiff(s),

vs.

**City of San Antonio, et al**

    Defendant(s).

Attorney: Jonathan S. Gross

Law Office of Jonathan S. Gross
2833 Smith Ave., Suite 331
Baltimore MD 21208



*322658*

Case Number: 5:24-cv-00755-OLG

Legal documents received by Same Day Process Service, Inc. on **09/06/2024** at **10:59 AM** to be served upon **Officer John Trapp at Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207**

I, **Kieran Monahan**, swear and affirm that on **September 06, 2024** at **3:08 PM**, I did the following:

Served **Officer John Trapp** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet** by Certified Mailing to **Officer John Trapp** at **Public Safety Headquarters, San Antonio Police Department, 315 S. Santa Rosa, San Antonio, TX 78207**.

**Supplemental Data Appropriate to this Service:** On 09/06/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052700145684773 to the address of: 315 S. Santa Rosa, San Antonio, TX 78207. On 09/24/2024, the domestic return receipt was returned indicating the delivery was made on 09/11/2024.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Kieran Monahan**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:322658

