IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HERNANDO ARCE,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 5:24-CV-0755-OLG |
| | § | |
| CITY OF SAN ANTONIO, AARON MENDOZA, in his individual capacity, ERIC PEREZ, in his individual capacity, FRANK CONSTANTINO, in his individual capacity, JOHN TRAPP, in his individual capacity, LOGAN PRICE, in his individual capacity, JOHN DOE 1, in his individual capacity, JOHN DOE 2, in his individual capacity,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Hernando Arce and makes this Stipulation of Voluntary Dismissal, With Prejudice, and would show:

1.    Plaintiff sued the City of San Antonio, Aaron Mendoza, Eric Perez, Frank Constantino, and John Trapp. The City of San Antonio and John Trapp were served with summonses, and they filed answers. No other parties were properly served, and no other parties have made appearances in the case. There are no counter-claims.

2.    Plaintiff wishes to dismiss his claims against all Defendants, with prejudice. Plaintiff stipulates that he dismisses his claims against Defendants,

1

including Trapp and the City of San Antonio. FED. R. CIV. P. 41(a)(1)(A). Plaintiff stipulates that the dismissal is with prejudice. FED. R. CIV. P. 41(a)(2)(B).

3. The City of San Antonio and John Trapp consent to Plaintiff's stipulation of dismissal and have signed this stipulation through their respective counsel of record.

4. There being no remaining claims pending in this cause, and there being no other parties before the court besides the parties whose counsel have signed below, this stipulation is intended to be, and is, a final, dispositive, case-closing document.

Respectfully submitted,

*Jonathan Gross*

**Jonathan Stuart Gross**
Law Office of Jonathan Gross
2833 Smith Ave
Suite 331
Baltimore, MD 21209
443-813-0141
Email: jonathansgross@gmail.com

Signature of Defendant [per Rule 41(a)(1)(A)(ii)]:

*Charles S. Frigerio*

**Charles Straith Frigerio**
Attorney at Law
Riverview Towers
111 Soledad
Suite 465
San Antonio, TX 78205
210/271-7877
Fax: 210/271-0602
Email: CSF@FrigerioLawFirm.com
Counsel for Defendant John Trapp

2

_____
Shawn Fitzpatrick
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 408-6793
*skf@fitzkoslaw.com*
Counsel for the City of San Antonio

CERTIFICATE OF SERVICE

On May 2, 2025, the foregoing was served via the Court's ECF system.

/s/ Jonathan Gross

3