**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

HERNANDO ARCE,
Plaintiff,

v.                                                                   No. 5:24-CV-0755-OLG

CITY OF SAN ANTONIO, AARON MENDOZA,
in his individual capacity, ERIC PEREZ,
in his individual capacity, FRANK CONSTANTINO,
in his individual capacity, JOHN TRAPP,
in his individual capacity, LOGAN PRICE,
in his individual capacity, JOHN DOE 1,
in his individual capacity, JOHN DOE 2,
in his individual capacity,
Defendants.

**ORDER GRANTING PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL,**
**WITH PREJUDICE**

On this day, the Court considered Plaintiff Hernando Arce's Stipulation of Voluntary Dismissal, With Prejudice, filed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2)(B). The Court finds that the stipulation is signed by counsel for Plaintiff and counsel for Defendants City of San Antonio and John Trapp, who have appeared in this action, and that no counterclaims or other impediments to dismissal exist. The Court further finds that the remaining Defendants—Aaron Mendoza, Eric Perez, Frank Constantino, Logan Price, John Doe 1, and John Doe 2—were not properly served and have not appeared in this action, and Plaintiff seeks dismissal of all claims against them with prejudice.

IT IS THEREFORE ORDERED that Plaintiff's Stipulation of Voluntary Dismissal, With Prejudice, is GRANTED. All claims asserted by Plaintiff Hernando Arce against Defendants City of San Antonio, Aaron Mendoza, Eric Perez, Frank Constantino, John Trapp, Logan Price, John Doe 1, and John Doe 2 are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this case is CLOSED, and all costs of court shall be taxed against the party incurring same. This is a final, dispositive order, and no claims or parties remain pending in this action.

SIGNED this ___ day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE